

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~WILLIAMSON~~
ATTORNEY GENERAL

Mr. L. L. Roberts
County Auditor
Hutchinson County
Stinnett, Texas

Dear Sir:

Opinion No. 0-3537
Re: Authority of county to expend moneys
derived from the Lateral Road Ac-
count provided by H. B. 688, in the
repairing and improving of bridges
constituting a part of the Lateral
Road System of a county.

In reply to your letter requesting our opinion on the following question:

"May Hutchinson County legally expend moneys
derived through said H. B. 688, now held in its
Lateral Road Fund for (a) removing the old floor
of a bridge, purchasing materials for a new floor,
and constructing a new floor in this bridge; and
(b) for materials and labor in making repairs to
such bridge in addition to a new floor?"

we advise as follows:

In the early case of Aransas County v. Coleman-Fulton
Pasture Company, 191 S. W. 553, it was held that the Constitu-
tion, Article 3. Section 52, as amended in 1903, authorizing
counties to issue bonds for road construction purposes, em-
powered such counties to build necessary bridges as a part of
such road, and it has become settled law that bridges are an
essential part of any road. Therefore, it is our opinion that
the funds allocated to the county through the Lateral Road Ac-
count of the Board of County and District Road Indebtedness
are available for the purpose enumerated in your question.

Following the same line of reasoning, we think the
county would be fully authorized to use such moneys for the
purpose of acquiring right-of-way to roads forming a part of
the County Lateral Road System.

Trusting that the foregoing satisfactorily answers
your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS


By s/Clarence E. Crowe
Clarence E. Crowe
Assistant

CEC-s-wc

APPROVED JUNE 6, 1941
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman